## In the Matter of FORT SHELBY HOTEL COMPANY, a Michigan Corporation, Debtor.

## Burt D. CADY et al. v. FORT SHELBY HOTEL CO. et al.

No. 7802.

Circuit Court of Appeals, Sixth Circuit.

Oct. 15, 1937.

O'Hara & O'Hara, of Detroit, Mich., for appellants.

Frank A. Picard, of Saginaw, Mich., and Freud, Markus & Stuts, Herman A. August, and Fred R. Walker, all of Detroit, Mich., for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the motion filed herein on June 5, 1937, to docket and dismiss the appeal be, and the same is, granted and the appeal is dismissed accordingly.

Appeal dismissed.